```
                              ___ FILED      ___ ENTERED
                              ___ LODGED     ___ RECEIVED

                                    OCT 27 2006      DB

                                       AT SEATTLE
                                 CLERK U.S. DISTRICT COURT
                               WESTERN DISTRICT OF WASHINGTON
                                                     DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>IRIKA MARITIME S.A. and<br>ILIAS DIMITRIOU NTAIS<br><br>        Defendants. | CR06 5661 RBL<br><br>**INFORMATION**<br><br>(Felony) |

THE UNITED STATES ATTORNEY CHARGES THAT:

<u>COUNT 1</u>

(Act to Prevent Pollution from Ships)

On or about October 5, 2006, in Vancouver, within the Western District of Washington, Defendants IRIKA MARITIME S.A. and ILIAS DIMITRIOU NTAIS did knowingly fail to maintain an Oil Record Book for the M/V IRIKA in which all disposals of oil residue and all overboard discharges were required to be fully recorded. Specifically, on that date, in the Port of Vancouver, Washington, Defendant NTAIS, whose actions were within the scope of his duties, maintained an Oil Record Book that

//
//
//
//

06-CR-05661-INFO

1 | failed to disclose overboard discharges of oily sludge.
2 |     All in violation of Title 33, United States Code, Section 1908(a) and Title 33,
3 | Code of Federal Regulations, Section 151.25.
4 |
5 |     DATED this 26th day of October, 2006.
6 |
7 |
8 | JOHN McKAY
   United States Attorney
9 |
10 |
11 | CARL BLACKSTONE
12 | Assistant United States Attorney
13 |
14 | JAMES D. OESTERLE
15 | Assistant United States Attorney

INFORMATION/NTAIS — 2