**06-CR-05661-ORD**

Judge Ronald B. Leighton

```
┌──────────────────────────────────┐
│  ─── FILED ──────────── LODGED    │
│          ────── RECEIVED          │
│                                   │
│           JAN 2 3 2007            │
│                                   │
│         CLERK U.S. DISTRICT COURT │
│  BY WESTERN DISTRICT OF WASHINGTON AT TACOMA │
│                            DEPUTY │
└──────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>IRIKA MARITIME S.A., )<br> )<br>    Defendant. )<br>_____) | NO.  CR06-5661RBL<br><br>ORDER RE:<br>WHISTLEBLOWER AWARD |

The government has requested the sum of Two Hundred and Fifty Thousand Dollars ($250,000), or one-half of the criminal fine assessed against Defendant Irika Maritime S.A., be paid to Andres F. Bontog, Jr. pursuant to the Act to Prevent Pollution from Ships, Title 33, United States Code, Section 1908(a) (APPS).

Mr. Bontog was a crew member on the M/V IRIKA, a marine cargo vessel operated by Defendant Irika Maritime S.A. Information he provided to the government was critical to initiating the investigation and successfully prosecuting this case. As a result of Mr. Bontog's actions, Defendant Irika Maritime S.A. has agreed to pay a Five Hundred Thousand Dollars ($500,000) criminal fine for violating APPS.

This Court has the authority and discretion to issue a monetary award of up to one-half of any criminal fine to those providing information leading to a conviction under APPS. 33 U.S.C. § 1908(a). Based on the entire record of this case, including the government's motion and the information provided in both court pleadings and

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  proceedings, this Court finds an award in this matter would be consistent with the manifest

2  purpose of the statute of encouraging those with information about unlawful conduct to

3  come forward and disclose that information to authorities.

4       IT IS HEREBY ORDERED that a total payment in the amount of Two Hundred

5  and Fifty Thousand Dollars ($250,000) or one-half of the criminal fine assessed against

6  Defendant Irika Maritime S.A. be awarded to Andres F. Bontog, Jr.  The award shall be

7  payable following the Clerk's receipt of the criminal fine from Defendant Irika Maritime

8  S.A.  The Clerk's Office is directed to pay Mr. Bontog's award to his counsel, Irwin H.

9  Schwartz, in accordance with an executed "Authorization to Receive Payment" in which

10  Mr. Bontog authorizes Mr. Schwartz to receive payment on his behalf.

11       DATED this 23rd day of January 2007.

12

13

14                               RONALD B. LEIGHTON

15                               United States District Court Judge

16

17  Presented by:

18  JOHN McKAY
   United States Attorney

19

20  s/James D. Oesterle
   JAMES D. OESTERLE

21  WSBA # 16399
   Assistant United States Attorney

22  United States Attorney's Office
   700 Stewart Street, Suite 5220

23  Seattle, WA 98101
   Phone:  (206) 553-7970

24  Fax:     (206) 553-2502
   E-mail: jim.oesterle@usdoj.gov

25

26

27

28

Order Re: Whistleblower Award - 2
Irika Maritime S.A./CR06-5661RBL